TRINETTE G. KENT (State Bar No. 025180)
3219 East Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Jay Rumpf

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay Rumpf, | Case No.: 2:17-cv-00111-GMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| Prog Leasing, LLC d/b/a Progressive Leasing; and DOES 1-10, inclusive, | |
| Defendants. | |

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is dismissed in its entirety, with prejudice and without costs to any party.

| Plaintiff | Defendant |
|---|---|
| /s/*Trinette G. Kent*<br>TRINETTE G. KENT<br>LEMBERG LAW LLC<br>3219 East Camelback Road, #588<br>Phoenix, AZ 85018<br>Telephone: (480) 247-9644<br>Facsimile: (480) 717-4781<br>Attorney for Plaintiff | /s/ *Michael A. DiGiacomo*<br>MICHAEL A. DIGIACOMO<br>BALLARD SPAHR LLP<br>1 E. Washington Street, Suite 2300<br>Phoenix, AZ 85004-2555<br>Telephone: (602) 798-5400<br>Facsimile: (602) 798-5595<br>Attorney for Defendants |

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On February 8, 2018, I served a true copy of foregoing document(s): **STIPULATION AND PROPOSED ORDER RE: DISMISSAL WITH PREJUDICE**.

| | |
|---|---|
| MICHAEL A. DIGIACOMO<br>BALLARD SPAHR LLP<br>1 E. Washington Street, Suite 2300<br>Phoenix, AZ 85004-2555<br>Telephone: (602) 798-5400<br>Facsimile: (602) 798-5595<br>Attorney for Defendant | **Attorneys for Defendants**<br>**Prog Leasing, LLC d/b/a Progessive**<br>**Leasing; and DOES 1-10, inclusive** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 8, 2018.

                                         /s/*Kimberly Luhcs*
                                         Kimberly Luhcs
                                         Paralegal to Trinette G. Kent