# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay Rumpf, | No. CV-17-00111-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Prog Leasing LLC, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal (Doc. 42), and for good cause shown,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice and with each part to bear its own attorneys' fees and costs.

Dated this 8th day of February, 2018.

Honorable G. Murray Snow
United States District Judge